**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TOMMY L. JACKSON**                                                                   **PLAINTIFF**

**V.**                                                                           **NO. 4:15CV00068-GHD-JMV**

**CITY OF GREENWOOD, ET AL.**                                                  **DEFENDANTS**

## **ORDER**

This matter is before the Court on collective defendants' motion to compel [20] pursuant to FED.R.CIV.P. 37. Consistent with the Court's ruling during a telephonic hearing held today, the Court finds that the motion is, in all but one respect, well taken and orders counsel for the plaintiff to promptly confer with his client regarding the defendant's interrogatories propounded to him, including Interrogatory No. 16 and his, heretofore, unverified responses thereto, as well as his response to the request for production of tax returns. Counsel must advise the plaintiff of the necessity for his sworn verification of interrogatory responses and the ramifications of failing to verify answers to interrogatories (including potential dismissal of the complaint for failure to prosecute), as well as potential consequences of verified but untrue responses.

The Court does not, however, find that the period of time covered by Interrogatory No. 16 (10 years) is reasonable and, therefore, finds the plaintiff should limit his verified response thereto to a 5 year period from today's date. The verified interrogatory responses, including the response to Interrogatory No. 16, must be provided to the defendant on or before Tuesday, October 27, 2015 at 5:00 p.m.

Finally, counsel for the plaintiff shall inquire of the plaintiff whether he has previously filed income tax returns over the course of the past 5 years, and this information shall be provided to defense counsel together with the verified interrogatory responses.

**SO ORDERED** this, the 21st day of October, 2015.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE